**E-Filed 4/20/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRYAN RUSSELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INDYMAC BANK, F.S.B., QUALITY LOAN SERVICE CORP., and DOES 1-10, inclusive,<br><br>　　　　　Defendants | Case Number   C 09-03134-JF (PVT)<br><br>ORDER[1] TO SHOW CAUSE RE JURISDICTION |

By a separate order issued this date, the Court has dismissed without leave to amend Plaintiff's claims for relief against the Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver for IndyMac Bank, F.S.B. and IndyMac Federal Bank, F.S.B.  Plaintiff filed his original complaint in the Santa Clara Superior Court, but the FDIC removed the instant action to this Court based solely upon its status as a party to the case pursuant to 12 U.S.C. § 1819(b)(2)(B).  Because the operative complaint now contains only state-law claims for relief, the remaining parties shall show cause why this Court should retain jurisdiction.  Each party shall submit a letter brief not to exceed three pages in length on or before April 26, 2010.

---

[1] This disposition is not designated for publication in the official reports.

Case Number   C 09-03134-JF (PVT)
ORDER TO SHOW CAUSE RE JURISDICTION
(JFLC1)

Case 5:09-cv-03134-JF   Document 31   Filed 04/20/10   Page 2 of 2

1  **IT IS SO ORDERED.**
2
3  DATED: April 20, 2010
4
5  _____
   JEREMY FOGEL
   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case Number   C 09-03134-JF (PVT)
ORDER TO SHOW CAUSE RE JURISDICTION
(JFLC1)