\*\*E-Filed 6/15/2010\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRYAN RUSSELL,<br><br>                    Plaintiff,<br>     v.<br><br>INDYMAC BANK, F.S.B., QUALITY LOAN SERVICE CORP., and DOES 1-10, inclusive,<br><br>                    Defendants. | Case Number CV 09-03134 JF (PVT)<br><br>JUDGMENT<br><br>[re: docket no. 33] |

Plaintiff having been ordered to show cause why the instant action should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b), and Plaintiff having failed to respond, IT IS ORDERED AND ADJUDGED that Plaintiff shall take nothing and that the action be dismissed on the merits.

1  **IT IS SO ORDERED.**

2  Dated: June 15, 2010

3

4  _____
   JEREMY FOGEL
5  United States District Judge

2

Case Number CV 09-03134 JF (PVT)
JUDGMENT
(JFLC1)